IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT RAY SANDLIN, 11398-078, )<br>    Petitioner, )<br> )<br>v.  )<br> )<br>DAN JOSLIN, Warden, )<br>    Respondent. ) | No. 3:05-CV-1544-D |

## ORDER

After conducting a *de novo* review, the Court finds that the Supplemental Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed December 19, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE